# CASE ANNOUNCEMENTS

*December 27, 2007*

[Cite as *12/27/2007 Case Announcements,* 2007-Ohio-6979.]

## DISCIPLINARY CASES

**2007–0344.   Cleveland Bar Assn. v. Mishler.**
This cause is pending before the court upon the filing of a report by the Board of Commissioners on Grievances and Discipline. It appearing to the court that certain exhibits admitted at the hearing before the panel of the board have not been transmitted to this court,

It is ordered by the court, pursuant to S.Ct.Prac.R. V(6), that the board shall certify and transmit hearing exhibits A, B, E, G, H, I, and 44–47 to the Clerk of this court within 20 days of the date of this entry.